DLM

CA 07 358 ML

Form B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 06-11527 [CA] #
2. Title of Bankruptcy Case James R. Urban
3. Appellant: James R. Urban
   Name & Address of Counsel for Appellant(s):
   Louis B. Abilheira, 957 Main Street, Warren RI 02885
   (401) 245-0070
4. Appellee: Timothy Curry, Steven Ouellette
   Name & Address of Counsel for Appellee(s):
   Aram P. Jarret for Steven Ouellette, 176 Eddie Dowling Highway, Ste. 202, North Smithfield RI 02896, (401) 769-2929
   Timothy Curry, pro se, 239 Jackson St. Newton MA 02459, (617) 719-9590
5. Additional Counsel: Andrew S. Richardson for Debtor James Urban (motion to withdraw as attorney pending); Boyajian, Harrington & Richardson 182 Waterman Street Providence RI (401) 273-9600
   Office of the U. S. Trustee, 10 Dorrance Street, Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes______ No X
7. Special Comments: