| Attorney or Appellant Name, Address, Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| Louis B Abilheira<br>957 Main ST<br>Warren RI 02885<br>401-245-0070<br>401-245-0074<br>Attorney for Appellant | |
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF RHODE ISLAND** | |
| In re:<br>James R. Vrlan<br>Debtor (s) | |
| Debtor's Social Security No(s). | CHAPTER 11<br>CASE NUMBER 1-06-BK 11527 |
| Employer's Tax Identification Nos. (if any) | ADVERSARY NUMBER |

FILED SEP 17 '07 14:55 USBCRI

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☑ plaintiff ☐ defendant or ☐ other party (specify name of party) James R Vrlan, appeals under 28 U.S.C. section 158(a) or (b) from the ~~judgment~~, order, or ~~decree of the bankruptcy~~ judge (describe judgment, order or decree) Motion To compel entered in this adversary proceeding or other proceeding (describe other proceeding) ________ on the 6 day of Sept, (year) 2007

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

(Print or type names, addresses, telephone, and fax numbers)

James R Vrlan

Timothy Cunny } Puncham
Steven Coe LLelt } PO Box 335 Thompson Conn. 06277
339 Jackson ST
Marta Mass
02459

CONTINUED ON NEXT PAGE



Adam P Scanlon Jr.
174 Eddie Dowling Hwy
Suite 202
North Smithfield 02896

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER ______ |
| --- | --- |
| Debtor. | CASE NUMBER |

Dated: 8/17/07

Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

Louis B Abilheira

401 245-0070

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF Bristol

1. I am employed in the County of ____________________, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service:** On 9-18-07, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at [illegible] RI, Rhode Island, addressed as set forth below.

Adam P. Sanner Jr.
176 Eddie Dowling Highway
North Smithfield RI 02896

Timothy Carey
PO Box 335
Thompson Conn. 06277

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

Louis B. Abilheira
Type Name

[signature]
Signature

3/98

FORM 17