FILED SEP 17 '07 14:55 USBCRI

R.I. Bankr. Form S
See R.I. LBR 8001-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

Debtor(s)

BK No.
Chapter

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated 9/4/07, Doc. No. 06-11527

| APPELLANT(S) | APPELLEE(S) |
|---|---|
| James R. Urban | Steven O'Donnell; Timothy Curry |
| Attorney (Firm Name, Address, and Telephone No.) Louis B. Abilheira, 951 Main St, Warren RI 02885, 401-245-0070 | Attorney (If known) |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☑ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: [signature]
Signature of Attorney (of Appellant, if pro se)

Dated: 9-17-07