Attest a
True Copy
Susan M. Thurston
Clerk
By
Deputy Clerk

NTCAPR, AMENDED, APPEAL

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:06-bk-11527

*Assigned to:* Judge Arthur N. Votolato
Chapter 11
Voluntary
Asset

*Date Filed:* 12/27/2006

***Debtor***
**James R. Urban, Jr.**
23 Saddlebrook Dr
East Greenwich, RI 02818-2035
SSN: xxx-xx-7391

represented by **Andrew S. Richardson**
Boyajian Harrington &
Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
Email: andy@bhrlaw.com

**Louis B. Abilheira**
957 Main Street
Warren, RI 02885
(401) 245-0070

**Steven J. Boyajian**
Boyajian Harrington and
Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
Fax : 273-9605
Email: steve@bhrlaw.com

***U.S. Trustee***
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

represented by **Sandra Nicholls (attorney for US Trustee)**
Office Of the United States
Trustee
10 Dorrance Street, Room 910
Providence, RI 02903
(401) 528-5551
Email:
ustpregion01.pr.ecf@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/27/2006 | 1 | Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by James R. Urban Jr. Government Proof of Claim due by 6/25/2007. (Sweeney, Carolyn) Modified text on 12/27/2006 (Sweeney, Carolyn). (Entered: 12/27/2006) |
| 12/27/2006 | 2 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor James R. Urban). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 1/11/2007. (Sweeney, Carolyn) Modified text on 12/27/2006 (Sweeney, Carolyn). (Entered: 12/27/2006) |
| 12/27/2006 | 3 | 2 Day Notice of Missing Documents and Certificate of Service. (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor James R. Urban). Missing Items: Creditor Matrix. Missing Documents Due By: 12/29/2006. (Sweeney, Carolyn) Modified text on 12/27/2006 (Sweeney, Carolyn). (Entered: 12/27/2006) |
| 12/27/2006 | | Judge Arthur N. Votolato added to case. (Sweeney, Carolyn) (Entered: 12/27/2006) |
| 12/27/2006 | 4 | Receipt Number 64655, Fee Amount $1039.00 (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor James R. Urban) (Sweeney, Carolyn) (Entered: 12/27/2006) |
| 12/27/2006 | 5 | Certificate of Credit Counseling Filed by Debtor James R. Urban Jr. (Sweeney, Carolyn) (Entered: 12/27/2006) |
| 12/28/2006 | | Creditor Disk filed by Debtor James R. Urban Jr. (Davis, Jennifer) (Entered: 12/28/2006) |
| 12/28/2006 | 6 | Missing Document(s) Filed: Form B21 Statement of Social Security Number Filed by Debtor James R. Urban Jr. (Sweeney, Carolyn) (Entered: 12/28/2006) |
| 12/28/2006 | | Deadlines Updated re: Form 22 B - Stmt of Current Monthly Income. Schedules A,B,C,D,E,F,I,J, Debtor's signed declaration re: schedules, summary of schedules, statement of financial affairs, attorney compensation statement, 10 Largest Creditors List, Exhibit A and payment advices (related document(s) 2 Notice of Missing Documents). Missing Documents Due By: 1/11/2007. (Sweeney, Carolyn) (Entered: 12/28/2006) |
| 12/28/2006 | 7 | Chapter 11 Order and Notice. Section 105 Status hearing to be held on 3/1/2007 at 10:00 AM at 6th Floor Courtroom. Application to Employ Due by: 1/29/2007. Status Check re: Scheduling of 341 Meeting: 1/17/2007. (Davis, Jennifer) (Entered: 12/28/2006) |
| 12/29/2006 | 8 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 2 |

| | | |
|---|---|---|
| | | Notice of Missing Documents, ) Service Date 12/29/2006. (Admin.) (Entered: 12/30/2006) |
| 12/30/2006 | 9 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 7 Chapter 11 and Notice) Service Date 12/30/2006. (Admin.) (Entered: 12/31/2006) |
| 01/03/2007 | 10 | Motion for Relief from Stay re:23 Saddlebrook Drive, East Greenwich, RI Fee Amount $150, Filed by Creditor U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HES. Objections to Motion Due: 1/16/2007. (Attachments: # 1 Memorandum of Law # 2 Proposed Order) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Barrett, Nicholas) (Entered: 01/03/2007) |
| 01/03/2007 | 11 | Receipt of filing fee for Motion for Relief From Stay(1:06-bk-11527) [motion,mrlfsty] ( 150.00). Receipt number 537768, amount $ 150.00. (U.S. Treasury) (Entered: 01/03/2007) |
| 01/05/2007 | 12 | Objection *to Motion for Relief From the Automatic Stay* Filed by Debtor James R. Urban Jr. re 10 Motion for Relief From Stay, filed by Creditor U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HES). (Attachments: # 1 Memorandum in Support) (Richardson, Andrew) (Entered: 01/05/2007) |
| 01/08/2007 | 13 | Hearing Set (re: 10 Motion for Relief From Stay, filed by Creditor U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HES, 12 Objection, filed by Debtor James R. Urban). Hearing scheduled for 1/31/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 01/08/2007) |
| 01/09/2007 | 14 | Motion to Extend Time until January 25, 2007 to File Schedules and Statements Filed by Debtor James R. Urban Jr. (related document(s)1 Voluntary Petition (Chapter 11) filed by Interested Party Internal Revenue Service, Interested Party Department of Labor and Training, Debtor James R. Urban). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 01/09/2007) |
| 01/10/2007 | | Judge's Order Requesting Position From U.S. Trustee Leonard DePasquale (re:14 Motion to Extend Time filed by Debtor James R. Urban) (TEXT ONLY) Due by: 1/18/2007. (Davis, Jennifer) (Entered: 01/10/2007) |
| 01/10/2007 | 15 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 13 Hearing, ) Service Date 01/10/2007. (Admin.) (Entered: 01/11/2007) |
| 01/11/2007 | | Request for Notice (Text Only) Filed by Creditor Saxon Mortgage. (Margolf, |

| | | |
|---|---|---|
| | | Micheal) (Entered: 01/11/2007) |
| 01/11/2007 | 16 | Withdrawal of Document Filed by Creditor U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HES (related document(s)10 Motion for Relief From Stay, filed by Creditor U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HES). (Barrett, Nicholas) (Entered: 01/11/2007) |
| 01/12/2007 | | Hearing Not Held (re: 10 Motion for Relief From Stay filed by Creditor U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HES, 12 Objection filed by Debtor James R. Urban). Motion is withdrawn. (Cory, Lucinda) (Entered: 01/12/2007) |
| 01/12/2007 | | Document terminated - re:10 Motion for Relief From Stay filed by Creditor U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HES) . Motion has been withdrawn. (Cory, Lucinda) (Entered: 01/12/2007) |
| 01/16/2007 | 17 | Application to Employ Peter M. Scotti/Peter M. Scotti & Associates as Real Estate Broker Filed by Debtor James R. Urban Jr.. Declaration re: Electronic Filing, Form P.4 Due By: 1/31/2007. Objections to Motion Due: 1/29/2007. (Attachments: # 1 Affidavit of Broker - Peter M. Scotti) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 01/16/2007) |
| 01/17/2007 | | Consent Filed by U.S. Trustee Leonard DePasquale re 14 Motion to Extend Time, filed by Debtor James R. Urban). (DePasquale, Leonard) (Entered: 01/17/2007) |
| 01/17/2007 | 18 | Declaration Re: Electronic Filing (related document(s)17 Application to Employ filed by Debtor James R. Urban). (Davis, Jennifer) (Entered: 01/17/2007) |
| 01/18/2007 | 19 | Order Granting 14 Motion to Extend Time until January 25, 2007 to File Schedules and Statements . Updated Deadline Due By: 1/25/2007. (Spaight, Linda) (Entered: 01/18/2007) |
| 01/18/2007 | 20 | Notice to the Court *-MEETING OF CREDITORS- Scheduled for February 6, 2007 at 3:00 P.M. at the Office of the U.S. Trustee* Filed by Leonard DePasquale. (DePasquale, Leonard) (Entered: 01/18/2007) |
| 01/18/2007 | 21 | Emergency Motion to Shorten Time to January 18, 2007 to Notice Meeting of Creditors Filed by U.S. Trustee Leonard DePasquale. Objections to Motion Due: 1/23/2007. (Attachments: # 1 NOTICE OF MEETING OF CREDITORS) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule |

| | | |
|---|---|---|
| | | 9013-2(e)(3).(DePasquale, Leonard) (Entered: 01/18/2007) |
| 01/19/2007 | | Request for Notice (Text Only) Filed by Creditor Saxon Mortgage. (Margolf, Micheal) (Entered: 01/19/2007) |
| 01/19/2007 | 22 | Order Granting Motion to Shorten Noticing Period for Meeting of Creditors in Chapter 11 Case By U.S. Trustee . (DAgostino, Holly) (Entered: 01/19/2007) |
| 01/19/2007 | 23 | Meeting of Creditors 341(a) meeting to be held on 2/6/2007 at 03:00 PM at Office of the U.S. Trustee.Proof of Claims due by: 4/9/2007. Last day to oppose discharge or dischargeability is 4/9/2007. (DAgostino, Holly) (Entered: 01/19/2007) |
| 01/20/2007 | 24 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 19 Order on Motion to Extend Time) Service Date 01/20/2007. (Admin.) (Entered: 01/21/2007) |
| 01/21/2007 | 25 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 22 Order on Motion to Shorten Time) Service Date 01/21/2007. (Admin.) (Entered: 01/22/2007) |
| 01/21/2007 | 26 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 23 Meeting of Creditors Chapter 11 & 12) Service Date 01/21/2007. (Admin.) (Entered: 01/22/2007) |
| 01/25/2007 | 27 | Motion to Extend Time until February 1, 2007 to File Schedules and Statements Filed by Debtor James R. Urban Jr. (related document(s)1 Voluntary Petition (Chapter 11) filed by Interested Party Internal Revenue Service, Interested Party Department of Labor and Training, Debtor James R. Urban). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 01/25/2007) |
| 01/29/2007 | 28 | Order Granting Debtor's Motion to Extend Time to 2/1/07 to File All Schedules and Statments (Related Doc # 27) . Updated Deadline Due By:2/1/2007. (DAgostino, Holly) (Entered: 01/29/2007) |
| 01/31/2007 | 29 | Order Granting Debtor's Application to Employ Peter M. Scotti as Real Estate Broker (Related Doc # 17) . (DAgostino, Holly) (Entered: 01/31/2007) |
| 01/31/2007 | 30 | Agreed Application to Employ Boyajian, Harrington & Richardson as Attorneys Filed by Debtor James R. Urban Jr.. Declaration re: Electronic Filing, Form P.4 Due By: 2/15/2007. Objections to Motion Due: 2/13/2007. (Attachments: # 1 Affidavit of Proposed Attorney) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) |

| | | |
|---|---|---|
| | | (Entered: 01/31/2007) |
| 01/31/2007 | 31 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 28 Order on Motion to Extend Time) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |
| 02/01/2007 | 32 | Motion to Extend Time until February 2, 2007 to File Schedules A thru H Filed by Debtor James R. Urban Jr. (related document(s)27 Motion to Extend Time, filed by Debtor James R. Urban). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 02/01/2007) |
| 02/02/2007 | 33 | Order Granting Debtor's Motion to Extend Time to 2/2/07 to File Schedules A-H and to 2/5/07 to File Schedules I & J, Statement of Financial Affairs, Attorney's Disclosure of Compensation, 22C, and 20 Largest Unsecured Creditors (Related Doc # 32) . Updated Deadline Due By:2/2/2007. (DAgostino, Holly) (Entered: 02/02/2007) |
| 02/02/2007 | 34 | 20 Largest Unsecured Creditors , Original Schedule(s) A, B, C, D, E, F, G, H Filed by Debtor James R. Urban Jr.. (Richardson, Andrew) (Entered: 02/02/2007) |
| 02/02/2007 | 35 | Certificate of Service Filed by Debtor James R. Urban Jr. (related document(s)34 20 Largest Unsecured Creditors, Schedule(s) filed by Debtor James R. Urban). (Boyajian, Steven) (Entered: 02/02/2007) |
| 02/02/2007 | 36 | Certificate of Service *Notice to Creditors in Chapter 11 Case* Filed by Debtor James R. Urban Jr. (related document(s)35 Certificate of Service filed by Debtor James R. Urban). (Boyajian, Steven) (Entered: 02/02/2007) |
| 02/02/2007 | 37 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 29 Order on Application to Employ) Service Date 02/02/2007. (Admin.) (Entered: 02/03/2007) |
| 02/04/2007 | 38 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 33 Order on Motion to Extend Time, ) Service Date 02/04/2007. (Admin.) (Entered: 02/05/2007) |
| 02/06/2007 | 39 | Statistical Summary of Certain Liabilities, Summary of Schedules *Schedule I, J, Statement of Financial Affairs,Statement of Current Monthly Income* Filed by Debtor James R. Urban Jr.. (Boyajian, Steven) (Entered: 02/06/2007) |
| 02/06/2007 | 40 | Affidavit Filed by Debtor James R. Urban Jr. (related document(s)39 Statistical Summary of Certain Liabilities, Summary of Schedules filed by Debtor James R. Urban). Declaration re: Electronic Filing, Form P.4 Due By: 2/21/2007.Certificate of Service Due by:2/8/2007. (Boyajian, Steven) |

| | | |
|---|---|---|
| | | (Entered: 02/06/2007) |
| 02/06/2007 | 41 | Certificate of Service Filed by Debtor James R. Urban Jr. (related document(s)40 Affidavit, filed by Debtor James R. Urban, 39 Statistical Summary of Certain Liabilities, Summary of Schedules filed by Debtor James R. Urban). (Boyajian, Steven) (Entered: 02/06/2007) |
| 02/07/2007 | 42 | Order Striking,Without Prejudice, Defective Document 40 Affidavit regarding payment advices filed by Debtor James R. Urban . Affidavit must contain penalty of perjury language. (DAgostino, Holly) (Entered: 02/07/2007) |
| 02/07/2007 | 43 | Notice of Appearance and Request for Notice Filed by Edward G. Avila on behalf of Bank of Fall River. (Avila, Edward) (Entered: 02/07/2007) |
| 02/07/2007 | 44 | Document--(22B Statement Current Monthly Income) Filed by Debtor James R. Urban Jr.. (Boyajian, Steven) (Entered: 02/07/2007) |
| 02/08/2007 | 45 | Order Striking,Without Prejudice, Defective Document 44 Document filed by Debtor James R. Urban . Wrong event used. This must be refiled as Ch 11 Statement of Monthly Income (located under Bankruptcy Events/Other/Ch 11 Statement of Monthly Income). (DAgostino, Holly) (Entered: 02/08/2007) |
| 02/08/2007 | 46 | Chapter 11 Statement of Current Monthly Income (Form 22B) Filed by Debtor James R. Urban Jr.. (Boyajian, Steven) (Entered: 02/08/2007) |
| 02/08/2007 | 47 | Motion for 2004 Examination *Citizens Bank* Filed by Debtor James R. Urban Jr.. Objections to Motion Due: 2/21/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Boyajian, Steven) (Entered: 02/08/2007) |
| 02/09/2007 | 48 | Withdrawal of Document Filed by Debtor James R. Urban Jr. (related document(s)47 Motion for Examination, filed by Debtor James R. Urban). (Boyajian, Steven) (Entered: 02/09/2007) |
| 02/09/2007 | 49 | Certificate of Service Filed by Debtor James R. Urban Jr. (related document(s)48 Withdrawal of Document filed by Debtor James R. Urban). (Boyajian, Steven) (Entered: 02/09/2007) |
| 02/09/2007 | | First Meeting Held. Meeting Held and Adjourned Filed by U.S. Trustee Leonard DePasquale (related document(s)23 Meeting of Creditors Chapter 11 & 12). (DePasquale, Leonard) (Entered: 02/09/2007) |
| 02/09/2007 | 50 | Notice to the Court *341 Creditor's Meeting Minutes* Filed by Leonard DePasquale. (DePasquale, Leonard) (Entered: 02/09/2007) |

| | | |
|---|---|---|
| 02/09/2007 | 51 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 42 Order Striking) Service Date 02/09/2007. (Admin.) (Entered: 02/10/2007) |
| 02/10/2007 | 52 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 45 Order Striking, ) Service Date 02/10/2007. (Admin.) (Entered: 02/11/2007) |
| 02/12/2007 | 53 | Document terminated - (related document(s):47 Motion for Examination filed by Debtor James R. Urban). Motion is withdrawn -- See Doc #48. (Spaight, Linda) (Entered: 02/12/2007) |
| 02/15/2007 | 54 | Motion for 2004 Examination Filed by Debtor James R. Urban Jr.. Objections to Motion Due: 2/28/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Boyajian, Steven) (Entered: 02/15/2007) |
| 02/15/2007 | 55 | Motion for 2004 Examination Filed by Debtor James R. Urban Jr.. Objections to Motion Due: 2/28/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 02/15/2007) |
| 02/16/2007 | 56 | Document terminated - (related document(s):54 Motion for Examination, filed by Debtor James R. Urban). This motion has been amended/corrected by #55. (DAgostino, Holly) (Entered: 02/16/2007) |
| 02/22/2007 | 57 | Corrective Entry ** Claim 8 was filed by the wrong creditor. creditor was notified to file a new claim. (OHara, Anne) (Entered: 02/22/2007) |
| 03/01/2007 | 58 | Order Granting Motion for 2004 Examination of Citizens Bank (Related Doc # 55) . (DAgostino, Holly) (Entered: 03/01/2007) |
| 03/01/2007 | 59 | Corrective Entry ** . (Attachments: # 1 Main Document # 2 Main Document) (OHara, Anne)Claim 8 was filed by IRS but the wrong party filer was chosen. Claim 9 has corrected this. (Entered: 03/01/2007) |
| 03/01/2007 | | Hearing Held (related document(s)7 Chapter 11 and Notice). APPEARANCES: Richardson, DePasquale . Richardson gave details of the case. Prudence Island property and Warwick condo are both for sale. Debtor needs documents from the past 5 years to file tax returns. US Trustee said he is satisfied with the case, it appears to be a tax issue case. (DAgostino, Holly) (Entered: 03/01/2007) |
| 03/03/2007 | 60 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 58 Order on Motion for Examination) Service Date 03/03/2007. (Admin.) (Entered: 03/04/2007) |
| 03/05/2007 | 61 | Hearing Set (re: 30 Application to Employ Andrew S. Richardson as Attorney filed by Debtor James R. Urban). Hearing scheduled for 3/21/2007 at 10:00 |

| | | |
|---|---|---|
| | | AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 03/05/2007) |
| 03/07/2007 | 62 | Amended Application to Employ Boyajian, Harrington & Richardson as Attorney Filed by Debtor James R. Urban Jr.. Declaration re: Electronic Filing, Form P.4 Due By: 3/22/2007. Objections to Motion Due: 3/20/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 03/07/2007) |
| 03/07/2007 | 63 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 61 Hearing) Service Date 03/07/2007. (Admin.) (Entered: 03/08/2007) |
| 03/08/2007 | | Hearing Not Held (re: 30 Application to Employ, filed by Debtor James R. Urban). #30 has been amended by #62. (DAgostino, Holly) (Entered: 03/08/2007) |
| 03/08/2007 | 64 | Document terminated - (related document(s):30 Application to Employ, filed by Debtor James R. Urban). This application has been amended by #62 (DAgostino, Holly) (Entered: 03/08/2007) |
| 03/08/2007 | 65 | Affidavit Filed by Debtor James R. Urban Jr. (related document(s)62 Application to Employ, filed by Debtor James R. Urban). Declaration re: Electronic Filing, Form P.4 Due By: 3/23/2007.Certificate of Service Due by:3/12/2007. (Richardson, Andrew) (Entered: 03/08/2007) |
| 03/12/2007 | 66 | Certificate of Service Filed by Debtor James R. Urban Jr. (related document(s)65 Affidavit, filed by Debtor James R. Urban). (Richardson, Andrew) (Entered: 03/12/2007) |
| 03/20/2007 | 67 | Motion for Relief from Stay re:2004 Cadillac Escalade Fee Amount $150, Filed by Creditor GMAC. Objections to Motion Due: 4/2/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Taft-Carter, Sarah) (Entered: 03/20/2007) |
| 03/20/2007 | 68 | Receipt of filing fee for Motion for Relief From Stay(1:06-bk-11527) [motion,mrlfsty] ( 150.00). Receipt number 573925, amount $ 150.00. (U.S. Treasury) (Entered: 03/20/2007) |
| 03/21/2007 | 69 | Declaration Re: Electronic Filing (related document(s)62 Application to Employ, filed by Debtor James R. Urban). (DAgostino, Holly) (Entered: 03/21/2007) |
| 03/22/2007 | 70 | Amended Motion For Relief From Stay Amended Motion for Relief Filed by Creditor GMAC (related document(s)67 Motion for Relief From Stay, filed by Creditor GMAC). Objections/Responses due by: 4/4/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline |

| | | |
|---|---|---|
| | | will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Taft-Carter, Sarah) (Entered: 03/22/2007) |
| 03/23/2007 | 71 | Document terminated - (related document(s):67 Motion for Relief From Stay, filed by Creditor GMAC). This motion has been amended by #70. (DAgostino, Holly) (Entered: 03/23/2007) |
| 03/23/2007 | 72 | Order Granting Application to Employ Andrew Richardson and Boyajian, Harrington & Richardson as Attorney for the Debtor (Related Doc # 62) . (DAgostino, Holly) (Entered: 03/23/2007) |
| 03/27/2007 | 73 | Objection *to GMAC'S Motion for Relief from Automatic Stay* Filed by Debtor James R. Urban Jr. re 70 Amended Motion For Relief From Stay, filed by Creditor GMAC, 67 Motion for Relief From Stay, filed by Creditor GMAC). (Boyajian, Steven) (Entered: 03/27/2007) |
| 03/27/2007 | 74 | Objection *to GMAC's Motion for Relief from Automatic Stay* Filed by Debtor James R. Urban Jr. re 70 Amended Motion For Relief From Stay, filed by Creditor GMAC, 67 Motion for Relief From Stay, filed by Creditor GMAC). (Boyajian, Steven) (Entered: 03/27/2007) |
| 03/27/2007 | 75 | Memorandum of Law Filed by Debtor James R. Urban Jr. (related document(s)74 Objection, filed by Debtor James R. Urban). (Boyajian, Steven) (Entered: 03/27/2007) |
| 03/28/2007 | 76 | Document terminated - (related document(s):73 Objection, filed by Debtor James R. Urban). This objection has been refiled - see #74 (DAgostino, Holly) (Entered: 03/28/2007) |
| 03/28/2007 | 77 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 72 Order on Application to Employ) Service Date 03/28/2007. (Admin.) (Entered: 03/29/2007) |
| 04/03/2007 | 78 | Hearing Set (re: 70 Amended Motion For Relief From Stay, filed by Creditor GMAC, 74 Objection, filed by Debtor James R. Urban). Hearing scheduled for 4/19/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/03/2007) |
| 04/05/2007 | 79 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 78 Hearing) Service Date 04/05/2007. (Admin.) (Entered: 04/06/2007) |
| 04/10/2007 | 80 | Affidavit Filed by Creditor GMAC (related document(s)70 Amended Motion For Relief From Stay, filed by Creditor GMAC). Declaration re: Electronic Filing, Form P.4 Due By: 4/25/2007. (Taft-Carter, Sarah) (Entered: 04/10/2007) |

| | | |
|---|---|---|
| 04/10/2007 | 81 | Hearing rescheduled by the Court re 70 Amended Motion For Relief From Stay filed by Creditor GMAC, 74 Objection filed by Debtor James R. Urban. Hearing rescheduled to 4/25/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 04/10/2007) |
| 04/12/2007 | 82 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 81 Hearing (Bk) Cont) Service Date 04/12/2007. (Admin.) (Entered: 04/13/2007) |
| 04/25/2007 | 83 | Withdrawal of Document Filed by Creditor GMAC (related document(s)70 Amended Motion For Relief From Stay, filed by Creditor GMAC, 67 Motion for Relief From Stay, filed by Creditor GMAC). (Taft-Carter, Sarah) (Entered: 04/25/2007) |
| 04/25/2007 | | Hearing Not Held (re: 70 Amended Motion For Relief From Stay, filed by Creditor GMAC, 74 Objection, filed by Debtor James R. Urban). Motion has been withdrawn (DAgostino, Holly) (Entered: 04/25/2007) |
| 04/25/2007 | 84 | Document terminated - Document Withdrawn. (related document(s):70 Amended Motion For Relief From Stay, filed by Creditor GMAC). See #83 (DAgostino, Holly) (Entered: 04/25/2007) |
| 06/01/2007 | 85 | Notice of Intended Sale of 155 Warner Ave. & Raphael Ave., Portsmouth, RI to Steven R. Ouellette & Timothy F. Curry in the amount of $600,000. Filed by Andrew S. Richardson on behalf of James R. Urban Jr.. Objections to Motion Due: 6/21/2007. (Attachments: # 1 P&S Agreement - Ouellette et al# 2 Labels - 5-31-07 Court's labels# 3 Labels - NIS - Additional Notice) (Richardson, Andrew) (Entered: 06/01/2007) |
| 06/08/2007 | 86 | Motion for Relief from Stay re:2004 Cadillac Escalade Fee Amount $150, Filed by Creditor GMAC. Objections to Motion Due: 6/21/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Taft-Carter, Sarah) (Entered: 06/08/2007) |
| 06/08/2007 | | Receipt of filing fee for Motion for Relief From Stay(1:06-bk-11527) [motion,mrlfsty] ( 150.00). Receipt number 612292, amount $ 150.00. (U.S. Treasury) (Entered: 06/08/2007) |
| 06/12/2007 | | Objection/Response Deadline Updated (related document:85 Notice of Intended Sale, filed by Debtor James R. Urban) Objections to Motion Due: 6/25/2007. (DAgostino, Holly) (Entered: 06/12/2007) |
| 06/20/2007 | 87 | Objection/Response to Notice Filed by Creditor Deutsche Bank National Trust Company, as Trustee re 85 Notice of Intended Sale, filed by Debtor James R. Urban). (Harmon, Andrew) (Entered: 06/20/2007) |

| | | |
|---|---|---|
| 06/21/2007 | 88 | Objection Filed by Debtor James R. Urban Jr. re 86 Motion for Relief From Stay, filed by Creditor GMAC). (Richardson, Andrew) (Entered: 06/21/2007) |
| 06/22/2007 | 89 | Order Striking,Without Prejudice, Defective Document 88 Objection filed by Debtor James R. Urban . This document was signed by one registered user but was electronically filed using the login of a different user. (DAgostino, Holly) (Entered: 06/22/2007) |
| 06/22/2007 | 90 | Objection Filed by Debtor James R. Urban Jr. re 86 Motion for Relief From Stay, filed by Creditor GMAC). (Boyajian, Steven) (Entered: 06/22/2007) |
| 06/24/2007 | 91 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 89 Order Striking) Service Date 06/24/2007. (Admin.) (Entered: 06/25/2007) |
| 06/25/2007 | 92 | Hearing Set (re: 90 Objection filed by Debtor James R. Urban, 86 Motion for Relief From Stay, filed by Creditor GMAC). Hearing scheduled for 7/12/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 06/25/2007) |
| 06/25/2007 | 93 | Affidavit Filed by Creditor GMAC (related document(s)86 Motion for Relief From Stay, filed by Creditor GMAC). Objections to Motion Due: 7/9/2007.Declaration re: Electronic Filing, Form P.4 Due By: 7/10/2007. (Taft-Carter, Sarah) (Entered: 06/25/2007) |
| 06/26/2007 | 94 | Hearing Set (re: 85 Notice of Intended Sale filed by Debtor James R. Urban, 87 Objection/Response to Notice filed by Creditor Deutsche Bank National Trust Company, as Trustee). Hearing scheduled for 6/28/2007 at 10:00 AM at 6th Floor Courtroom. Auction to be held prior to hearing on objection. (DAgostino, Holly) (Entered: 06/26/2007) |
| 06/27/2007 | 95 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 92 Hearing) Service Date 06/27/2007. (Admin.) (Entered: 06/28/2007) |
| 06/28/2007 | | Hearing Held (related document(s)85 Notice of Intended Sale, filed by Debtor James R. Urban, 87 Objection/Response to Notice filed by Creditor Deutsche Bank National Trust Company, as Trustee). APPEARANCES: Richardson, Harmon, DePasquale . Richardson said real estate was marketed. He received an offer and then a higher offer. Auction held today. Final bid was $755,000.00 Bank will be paid in full on mortgage and 2nd mortgage will be paid in full. Order Due by: 7/9/2007. (DAgostino, Holly) (Entered: 06/28/2007) |
| 06/28/2007 | 96 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 94 Hearing, ) Service Date 06/28/2007. (Admin.) (Entered: 06/29/2007) |
| 06/29/2007 | 97 | Proposed Order After Hearing *and Auction Held 6/28/07* Filed by Debtor James R. Urban Jr. (related document(s)85 Notice of Intended Sale, filed by Debtor James R. Urban). Status Check Due by:7/5/2007. (Richardson, |

| | | |
|---|---|---|
| | | Andrew) (Entered: 06/29/2007) |
| 07/10/2007 | 98 | Order Granting (related document(s):85 Notice of Intended Sale, ) re: 155 Warner Avenue, Portsmouth RI to Steven R. Ouellette and Timothy F. Curry in the amount of $755,000.00. (DAgostino, Holly) (Entered: 07/10/2007) |
| 07/12/2007 | | Hearing Held (related document(s)90 Objection filed by Debtor James R. Urban, 86 Motion for Relief From Stay, filed by Creditor GMAC). APPEARANCES: Boyajian, Elderkin, Taft-Carter . Elderkin stated payments are current and motion is withdrawn. (DAgostino, Holly) (Entered: 07/12/2007) |
| 07/12/2007 | | Withdrawal of Document (related document(s)86 Motion for Relief From Stay, filed by Creditor GMAC). *See Hearing Held Dated :7/12/07* (DAgostino, Holly) (Entered: 07/12/2007) |
| 07/12/2007 | 99 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 98 Order on Notice of Intended Sale) Service Date 07/12/2007. (Admin.) (Entered: 07/13/2007) |
| 08/15/2007 | 100 | Letter Filed by Interested Party Timothy Curry (related document(s)98 Order on Notice of Intended Sale). (DAgostino, Holly) (Entered: 08/15/2007) |
| 08/15/2007 | 101 | Judge's Order Requesting Position From U.S. Trustee Leonard DePasquale , Debtor James R. Urban Jr. (re:100 Letter filed by Interested Party Timothy Curry) Due by: 8/17/2007 at 12:00 NOON. (DAgostino, Holly) (Entered: 08/15/2007) |
| 08/17/2007 | 102 | Response to *Court's Order Requesting Position* Filed by Debtor James R. Urban Jr. re 100 Letter filed by Interested Party Timothy Curry). (Richardson, Andrew) (Entered: 08/17/2007) |
| 08/17/2007 | 103 | Motion to Withdraw as Attorney for Debtor James R. Urban Jr. filed by Andrew Richardson. Objections to Motion Due: 8/30/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) Modified text on 8/17/2007 (Spaight, Linda). (Entered: 08/17/2007) |
| 08/17/2007 | 104 | Motion to Withdraw as Attorney for Debtor James R. Urban Jr. filed by Steven Boyajian. Objections to Motion Due: 8/30/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) Modified text on 8/17/2007 (Spaight, Linda). (Entered: 08/17/2007) |
| 08/17/2007 | | **Formerly Doc #105 ** PDF removed -- docketed in wrong case. Copy of |

| | | |
|---|---|---|
| | | Letter sent by Creditor Marbil Yag Sanyi Ve Ticaret to Trustee re: family claims. (Spaight, Linda) Modified text and removed pdf on 8/22/2007 (Spaight, Linda). (Entered: 08/17/2007) |
| 08/17/2007 | 106 | Hearing Set (re: 100 Letter filed by Interested Party Timothy Curry and 102 Response filed by Debtor James R. Urban, ). Hearing scheduled for 8/17/2007 at 03:00 PM at 6th Floor Courtroom. **Debtor is ordered to appear, as is the UST** Parties called and/or emailed re: hearing. (Spaight, Linda) (Entered: 08/17/2007) |
| 08/17/2007 | 107 | Motion to Withdraw as Attorney Filed by Debtor James R. Urban Jr.. Objections to Motion Due: 8/30/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Boyajian, Steven) (Entered: 08/17/2007) |
| 08/17/2007 | 108 | Response to *Letter from Buyers Regarding Sale of Property* Filed by U.S. Trustee Leonard DePasquale re 100 Letter filed by Interested Party Timothy Curry). (Nicholls (attorney for US Trustee), Sandra) (Entered: 08/17/2007) |
| 08/17/2007 | 109 | Hearing Held AND Continued re 100 Letter filed by Interested Party Timothy Curry, 102 Response filed by Debtor James R. Urban, 108 Response filed by U.S. Trustee Leonard DePasquale. APPEARANCES: Richardson, Steve Boyajian, Nicholls. Richardson objected to the timing of the hearing and stated there was nothing pending before the Court. He acknowledged that the Debtor was reluctant to sign a deed to the Prudence Island property. He believes his client may have certain rights, but he is not sure whether he should be the lawyer to pursue those rights. He did not want to put on any evidence. The Court indicated that through oversight, the buyers of the property were not noticed for the expedited hearing. The Court indicated that this would just be the beginning of the hearing to see what the issues are. The Court called James R. Urban. Mr. Urban was sworn and indicated that he may be unwilling to sign a deed because there are other buyers for the property for a price far in excess of the selling price. Nicholls questioned Mr. Urban. The Court will allow Richardson and Boyajian until 8/23/07 at 4:30 to determine whether they want to press their motions to withdraw. A continued hearing will be held on September 5, 2007 at 10:00 A.M. The Court explained to Mr. Urban that if his counsel still seeks to withdraw after 8/23/07, he should be prepared with new counsel to go forward on 9/5/07. UST indicated that she may be filing a motion to convert as well. The Court will notify Mr. Timothy Curry of the hearing that commenced today on his letter and advise him that he needs to file an appropriate motion to compel the Debtor to execute the deed on or before Wednesday August 22, 2007. Hearing scheduled for 9/5/2007 at 10:00 AM at 6th Floor Courtroom. (Davis, Jennifer) (Entered: 08/17/2007) |
| 08/17/2007 | 110 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 101 Order Requesting Position filed by U.S. Trustee Leonard DePasquale, Debtor |

| | | |
|---|---|---|
| | | James R. Urban) Service Date 08/17/2007. (Admin.) (Entered: 08/18/2007) |
| 08/19/2007 | 111 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 106 Hearing, ) Service Date 08/19/2007. (Admin.) (Entered: 08/20/2007) |
| 08/19/2007 | 112 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 109 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 08/19/2007. (Admin.) (Entered: 08/20/2007) |
| 08/20/2007 | | Document terminated - (related document(s):104 Motion to Withdraw as Attorney for Debtor). Correctly re-filed -- See Doc #107. (Spaight, Linda) (Entered: 08/20/2007) |
| 08/21/2007 | 113 | Motion to Compel Debtor James R. Urban to To Execute Deed Filed by Interested Party Timothy Curry. Objections to Motion Due: 9/4/2007.(DAgostino, Holly) (Entered: 08/21/2007) |
| 08/21/2007 | 114 | Hearing Set (re: 113 Motion to Compel Debtor James R. Urban to Execute Deed filed by Interested Party Timothy Curry). Hearing scheduled for 9/5/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 08/21/2007) |
| 08/23/2007 | 115 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 114 Hearing) Service Date 08/23/2007. (Admin.) (Entered: 08/24/2007) |
| 08/24/2007 | | Corrective Entry ** . Claim #8 Filed with incorrect Creditor name and address. Problem has been corrected. (Watts, Jennifer) (Entered: 08/24/2007) |
| 08/28/2007 | 116 | Hearing Set (re: 103 Motion to Withdraw as Attorney filed by Andrew Richardson as attorney for Debtor James R. Urban, 107 Motion to Withdraw as Attorney filed by Steven Boyajian as Attorney for Debtor James R. Urban). Hearing scheduled for 9/5/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 08/28/2007) |
| 08/30/2007 | 117 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 116 Hearing, ) Service Date 08/30/2007. (Admin.) (Entered: 08/31/2007) |
| 09/05/2007 | | Hearing Held (related document(s)102 Response filed by Debtor James R. Urban, 113 Motion to Compel filed by Interested Party Timothy Curry, 100 Letter filed by Interested Party Timothy Curry, 103 Motion to Withdraw as Attorney, filed by Debtor James R. Urban, 107 Motion to Withdraw as Attorney, filed by Debtor James R. Urban, 108 Response filed by U.S. Trustee Leonard DePasquale). APPEARANCES: Richardson, Jarret, Curry, pro se . Statements by Richardson in support of motion to withdraw. Statements by Curry that the purchase and sale agreement has been signed; he has re-mortgaged his property to fund the sale and he and Mr. Oullette are |

| | | |
|---|---|---|
| | | still ready and able to complete the sale. Urban states that he has attempted to contact another law firm but does not have an appointment until Monday September 17th. Court grants the motion to compel from the bench. Parties retire to chambers for a conference. At the chambers conference the court took possession of the original deed and will provide the original deed to Aram Jarret as attorney for Steven Oullette to hold for the closing which will take place on or before 9/19/07. Court will issue an order compelling the debtor to execute closing documents. A certified copy of the order will be attached to the deed. (DAgostino, Holly) (Entered: 09/06/2007) |
| 09/06/2007 | 118 | Order Granting Motion To Compel (Related Doc # 113) . See order for details. (DAgostino, Holly) Additional attachment(s) added on 9/13/2007 (Venuti, Jody). (Entered: 09/06/2007) |
| 09/06/2007 | 119 | Judgment Order (re:118 Order on Motion to Compel) (DAgostino, Holly) (Entered: 09/06/2007) |
| 09/07/2007 | | Request for Notice (Text Only) Filed by Aram P. Jarret Jr. on behalf of Steven Ouellette. (Jarret, Aram) (Entered: 09/07/2007) |
| 09/08/2007 | 120 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 119 Judgment Order (ap/bk)) Service Date 09/08/2007. (Admin.) (Entered: 09/09/2007) |
| 09/08/2007 | 121 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 118 Order on Motion to Compel) Service Date 09/08/2007. (Admin.) (Entered: 09/09/2007) |
| 09/17/2007 | 122 | Notice of Appeal . Receipt Number 65253, Fee Amount $255 Filed by Louis B. Abilheira on behalf of James R. Urban Jr. (related document(s)118 Order on Motion to Compel Debtor to Execute Deed). Appellant Designation due by: 9/27/2007. (Attachments: # 1 Receipt)(DAgostino, Holly) (Entered: 09/17/2007) |
| 09/17/2007 | 123 | James R. Urban District Court Election Filed by Louis B. Abilheira on behalf of James R. Urban Jr. (related document(s)122 Notice of Appeal, filed by Debtor James R. Urban). (DAgostino, Holly) (Entered: 09/17/2007) |