FILED SEP 26 '07 09:24 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: :
JAMES R. URBAN, JR. : BK No.: 06-11527
Debtor : Chapter 11

## MOTION FOR LEAVE TO APPEAL

The movant, James R. Urban, Jr., the Debtor in the above entitled action, files this motion for leave of this court to take an appeal under the provisions of 28 USC Section 158(a) from the decision of Judge Arthur N. Votolato dated September 5, 2006 and entered on September 5, 2007, by the United States Bankruptcy Court for the District of Rhode Island.

1. Statement of facts: The Debtor, James R. Urban, Jr., was ordered to execute closing documents concerning his property at Prudence Island, Rhode Island to purchasers Timothy Curry and Steven Ouellett for $755,000.00. The Debtor was ordered to execute documents and cooperate in a closing relating to property located on Prudence Island.

The Debtor Claims that on September 5, 2007 he informed Honorable Justice Albert Votolato that he had an appraisal for the property in question for $1.2 Million Dollars.

The judge would not accept his evidence because the broker was not present. On June 28, 2007 an auction was held at the Bankruptcy Court at which the Timothy Curry and Steven Ouellett were the highest bidders and agreed to pay $755,000.00 for said property. The debtor was not present at said auction.

Issue I: Should the debtor be force to sell his property to Timothy Curry and Steven Ouellett for $755,000.00 when the value of said property is 1.2 Million Dollars?

Issue II: Can the debtor pay additional creditors if the property is sold for 1.2 Million Dollars?

The Debtor is requesting that the property be sold for 1.2 Million Dollars and that the order ordering to convey the property for $755,000.00 be vacated.

Presently the debtor has received an offer to purchase the property from Mark Benevento of 7 Seneca Ave White Plains, New York for the sum of $900,000.00. The debtor has not yet accepted the offer to purchase until the purchase and Sale Agreement is prepared. The debtor feels that the property is worth 1.2 Million Dollars and expects another offer.

The appeal should be granted because on September 5, 2007 the debtor was not represented by counsel. Andrew S. Richardson sat at counsel table but did not participate in the hearing and withdrew from the case. In essence the Debtor was without representation and the Court should have looked at his appraisal in the amount of 1.2 Million Dollars. If the appeal is granted the Bankruptcy Estate will have an additional $500,000.00 to pay creditors of the Debtor

The order complained of entered on September 6, 2007 is annexed to as Exhibit A

By reason of the foregoing, this application for leave to appeal should be granted.

Dated: September 25, 2007

James R. Urban, Jr.
By His Attorney,

Louis B. Abilheira, Esq.
957 Main Street
Warren, RI 02885
(401) 245-0070

CERTIFICATION

I hereby certify that I have mailed a true copy of the within to Aram J. Jarrett, Esq., 176 Eddie Dowling Highway, Suite 202, North Smithfield, Rhode Island 02896, Mr. Timothy Curry, 239 Jackson Street, Newton, Massachusetts 02459 and Mr. Steven Ouellett, P.O. Box 355, Thomson, Connecticut 06277 on the 25 day of September, 2007.